UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 91 CR 371-1 |
| | Judge James B. Zagel |
| STEVEN C. GRIFFIN. | |

**MEMORANDUM OPINION AND ORDER**

Defendant Steven C. Griffin filed a motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c), based on a recent amendment to the Sentencing Guidelines that lowered the base offense levels applicable to narcotics offenses. The defendant's guideline range was 324 months to 405 months imprisonment. Defendant was also subject to a mandatory minimum sentence of 120 months.

Defendant Griffin is correct that Amendment 782 reduced the Guidelines range applicable to his case, so I may consider whether to reduce his sentence. I may reduce the term of imprisonment, after considering the factors set forth in Section 18 U.S.C. 3553(a) to the extent applicable, if a reduction is consistent with applicable policy statements issued by the Sentencing Commission. I have discretion to reduce, or not, limited only by rules of the Sentencing Commission.

The extent of the sentencing reduction in this case is limited to the bottom of the amended guideline range, notwithstanding the fact that the defendant in the original sentencing proceeding received a within-range sentence. I may not reduce the defendant's sentence to less than a term of imprisonment of 262 months. The nature of the offense of his legal history, his character and his behavior in prison leads me to conclude that sentence shall be reduced to 262 months. In this case, upon consideration of the Section 3553(a) factors, including the history and

1

characteristics of the defendant – such as the lengthy prison term already served by Defendant and Defendant's disciplinary history while serving his sentence – a 262-month sentence is appropriate.

ENTER:

James B. Zagel
United States District Judge

DATE: July 8, 2015